

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-24-2009

# USA v. Christopher Waterman

Precedential or Non-Precedential: Precedential

Docket No. 08-2543

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"USA v. Christopher Waterman" (2009). *2009 Decisions.* Paper 1096.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1096

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

May 28, 2009

No. **08-2543**

UNITED STATES OF AMERICA,
Appellant

v.

CHRISTOPHER WATERMAN

(D. Delaware Criminal No. 07-cr-00073-001)

Present:   RENDELL, AMBRO and JORDAN, Circuit Judges.

   1.  Motion by Appellant to Publish Opinion dated May 12, 2009.

/s/ Timothy McIntyre
Case Manager 267-299-4953

O R D E R

The motion requesting that the prior opinion be issued as a precedential opinion is granted.  The panel has made several changes to the original opinion for purposes of clarification.  Ordinarily, the precedential opinion would be filed as of the date of the original not precedential opinion.  However, in light of the modifications to the original opinion, the now precedential opinion will be filed as of the date of this order.  The changes to the opinion do not alter the prior judgment of the Court.  The judgment remains filed as of May 12, 2009.

By the Court,

/s/Marjorie O. Rendell
Circuit Judge

Dated: June 24, 2009
DWB/cc:   Shawn A. Weede, Esq.
        Edson A. Bostic, Esq.
        Brian Crockett, Esq.
        Tieffa N. Harper, Esq.